IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SE PROPERTY HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 11-0014-WS-C |
| | ) |
| THE ROOKERY, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The plaintiff has filed a motion to appoint a special process server. (Doc. 102). The plaintiff apparently seeks to serve "mailings of garnishment" on defendant Richard Long, against whom default judgment was entered upon motion after he was served with process but failed to plead or otherwise defend. (Docs. 6, 33, 42, 48, 49).

The plaintiff's terse motion invokes without explanation Rule 5, which addresses service of papers after the original complaint but which does not address appointment of special process servers for that purpose.[1] Accordingly, the plaintiff's motion is **denied**, without prejudice to its ability to file a properly supported motion.

DONE and ORDERED this 22nd day of July, 2013.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Rule 4(c)(3) permits appointment of a special process server, but only for service of process, which does not appear to be what the plaintiff desires to serve. And since Rule 4(c)(2) permits service of process by "[a]ny person who is at least 18 years old and not a party," it is not clear why special appointment would be sought.